**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7312**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THOMAS GRANDVILLE ALSTON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:11-cr-00012-D-1)

_____

Submitted:  February 16, 2023                    Decided:  February 22, 2023

_____

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Grandville Alston, Appellant Pro Se.  John Parks Newby, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Grandville Alston appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying Alston's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's judgment. *United States v. Alston*, No. 5:11-cr-00012-D-1 (E.D.N.C. Nov. 7, 2022). We deny Alston's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*